IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. 19-1435 |
| | : | |
| v. | : | |
| | : | |
| MILLER'S ORGANIC FARM and AMOS MILLER, | : | |
| | : | |
| Defendants. | : | |
| _____ | : | |
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. 20-757 |
| | : | |
| v. | : | |
| | : | |
| 2,100 POUNDS, MORE OR LESS, OF MEAT CARCASSES, PARTS OF CARCASSES, AND MEAT FOOD PRODUCTS, and 34,062 POUNDS, MORE OR LESS, OF MEAT FOOD PRODUCTS AND POULTRY PRODUCTS, | : | |
| | : | |
| Defendants *in rem*. | : | |

**ORDER**

**AND NOW**, this 4th day of May, 2020, the court having entered an order on May 1, 2020,

which, *inter alia*, stayed Civil Action No. 20-757 until at least August 20, 2020, *see* Order Staying

Action and Allowing Limited Release from Arrest, *United States v. 2,100 Pounds, More or Less,*

*of Meat Carcasses, Parts of Meat Carcasses, and Meat Food Products, and 34,062 Pounds, More*

*or Less, of Meat Food Products and Poultry Products*, Civ. A. No. 20-757, Doc. No. 4;

accordingly, it is hereby **ORDERED** as follows:

1.      The clerk of court shall **PLACE** Civil Action No. 20-757 in **CIVIL SUSPENSE**

until further order of court; and

2

2.      The court will hold a telephone status conference with counsel for the parties on **Monday**, **June 29, 2020**, at **1:30 p.m.** Counsel for the government shall initiate the telephone conference by contacting the undersigned's chambers at (610) 333-1833 once all counsel are present on the call.

BY THE COURT:

/s/ *Edward G. Smith*
EDWARD G. SMITH, J.

2